## C. W. M. Friedlaender and Edward P. Baker v. Andrew McCann et al.

(NOTE.—This case follows the case of Metzger and Baker v. McCann et al., 92 Ill. App. 109.)

Appeal from the Superior Court of Cook County; the Hon. FARLIN Q. BALL, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1899. Reversed and remanded. Opinion filed October 23, 1900.

LACKNER, BUTZ & MILLER, solicitors for appellant C. W. M. Friedlaender.

CHARLES PICKLER, solicitor for Edward P. Baker.

BASTRUP & O'NEILL, attorneys for appellees; CHARLES T. FARSON, of counsel.

OPINION PER CURIAM.

The questions presented by the record and briefs in this appeal are precisely the same as in the case of Metzger and Baker v. McCann et al. (opinion filed October 10, 1900). The only essential difference between the two cases exists in the fact that the appellant Friedlaender is the owner of the notes secured by trust deed on lot six mentioned in the opinion, and filed his bill to foreclose the lien of said trust deed, while the there appellant, Metzger, is the owner of the notes secured on lots one and two by

the trust deed his bill was filed to foreclose. Everything that is discussed in the opinion referred to, is equally applicable to this case, and for the reasons stated in that opinion the decree in this case is reversed and the cause remanded to the Superior Court with directions to dismiss appellees' petition for a mechanic's lien and to decree the lien of appellant Friedlaender under said trust deed to be a first and valid lien on said lot six, and to direct a sale of said lot six free from any claim or lien of appellees. The motion to dismiss Baker's appeal that was reserved to the hearing is also denied, his position as to lot six being the same as to lots one and two. Reversed and remanded with directions.